USCA1 Opinion

 

 November 2, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1339 RUSSELL C. CORTESE, Petitioner, v. UNITED STATES OF AMERICA, Respondent. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ____________________ Before Cyr, Circuit Judge, _____________ Bownes, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ ____________________ Russell C. Cortese on brief pro se. __________________ Donald K. Stern, United States Attorney, and Jeffrey A. Locke, ________________ ________________ Assistant United States Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. After a careful review of the record __________ and the briefs of the parties, we agree with the judgment of the district court for essentially the reasons stated in its Memorandum and Order, dated March 21, 1994. As for appellant's claim that the government undercover agents sought to purchase five kilograms of cocaine solely in order to trigger the ten-year mandatory minimum term of imprisonment, it has been waived. In general, we do not consider an issue that was not presented to the district court. See Isabel v. United States, 980 F.2d 60, 61 n.1 (1st ___ ______ _____________ Cir. 1992). Affirmed. ________